United States District Court
Southern District of Texas
**ENTERED**
October 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JEREMY NOLAN, § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION NO. 3:19-CV-00357 |
| § | |
| CITY OF TEXAS CITY TEXAS, *et al.*, § | |
| § | |
| *Defendants.* § | |

## CONDITIONAL ORDER OF DISMISSAL

It has come to the court's attention that this matter, after being referred to United States Magistrate Judge Andrew M. Edison for mediation (Dkt. 41), has been settled. This case is therefore conditionally dismissed with prejudice, unless any party represents in writing filed with the court on or before November 27, 2020, that the settlement could not be completely documented. If the parties would prefer an agreed judgment, it should also be filed with the court before November 27, 2020.

All pending motions are denied as moot.

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on this, the 28th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE